**Adeline Cotton RICKS, Petitioner,**

v.

**NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY; Director, Office of Workers' Compensation Programs, Respondents.**

**No. 10–1615.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 23, 2010.

Decided Feb. 1, 2011.

Adeline Cotton Ricks, Petitioner Pro Se. Lawrence Philip Postol, Seyfarth Shaw, LLP, Washington, D.C.; Mark A. Reinhalter, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

666

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adeline Cotton Ricks seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Ricks v. Newport News Shpbldg.*, Nos. 08–0251; 08–0877; 09–0567 (BRB May 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*